### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREGORY L. WALLACE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADRIANA WORTH, et al., )<br>)<br>Defendant. ) | Case No. CIV-24-00862-PRW |

## ORDER

On December 5, 2024, United States Magistrate Judge Chris M. Stephens issued a Report and Recommendation (Dkt. 15) in this action, in which he recommends that the Court dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b), for Plaintiff Gregory L. Wallace's failure to comply with the Court's orders. Judge Stephens advised Wallace of his right to object to the Report and Recommendation by December 26, 2024, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation. To date, Wallace has filed no objections. He has therefore waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[1]

Upon review, the Court **ADOPTS** the Report and Recommendation (Dkt. 15) in full and **DISMISSES** the case **WITHOUT PREJUDICE**.

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996).

1

**IT IS SO ORDERED** this 15th day of January 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE